784

*Gutheim* for petitioner. *Messrs. Thomas P. Healy* and *Harold H. McLean* for respondent.

No. 626. AMERICAN SCOTTI CORP. ET AL. *v.* HENRY POLLAK, INC. December 4, 1944. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Frederick H. Koschwitz* and *John F. X. Finn* for petitioners. *Mr. Edwin A. Falk* for respondent.

No. 624. LORBER ET AL. *v.* VISTA IRRIGATION DISTRICT. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE REED took no part in the consideration or decision of this application. *Mr. W. Coburn Cook* for petitioners. *Mr. Glen H. Munkelt* for respondent.

No. 645. MECCA TEMPLE OF THE ANCIENT ARABIC ORDER OF THE NOBLES OF THE MYSTIC SHRINE *v.* DARROCK. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. David Haar* for petitioner. *Mr. Knowlton Durham* for respondent.

No. 543. FOWLER *v.* GRIMES, SHERIFF. December 4, 1944. Petition for writ of certiorari to the Supreme Court of Georgia denied. *Mr. Paul Washington Crutchfield* for petitioner.